**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. 2:12-cr-00067-LRH-GWF |
| ) vs. ) | **ORDER** |
| ) DAVID JOHNSON, ) | |
| ) Defendant. ) | |

This matter is before the Court on Defendant's Motion to the Court to Provide the Transcript of the Sealed Hearing Pertaining to the Confidential Informant and Renewed Motion to Compel the Confidential Informant File (#54), filed October 18, 2012. Upon review and consideration,

**IT IS ORDERED** that Defendant's Motion to the Court to Provide the Transcript of the Sealed Hearing Pertaining to the Confidential Informant (#54) was granted at the hearing on October 18, 2012. A copy of the sealed transcript of the in camera hearing of the confidential informant conducted on October 9, 2012 will be provided to Defendant's counsel, subject to the limitations regarding disclosure as stated on the record.

**IT IS FURTHER ORDERED** that as to Defendant's Renewed Motion to Compel the Confidential Informant File (#54), the Court partially granted that request at the hearing on October 18, 2012, as stated on the record. The Court also granted Defendant leave to further brief the issue

. . .

. . .

. . .

regarding disclosure of those portions of the CI file that the Court has not, at this time, ordered to be disclosed to Defendant's counsel.

DATED this 18th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge