# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-00067-LRH-GWF |
| vs. | **ORDER** |
| DAVID JOHNSON, | Production of Confidential Informant File |
| Defendant. | |

This matter comes before the Court on Defendant David Johnson's request for production of the Las Vegas Metropolitan Police Department file on the confidential informant in the underlying case ("File"), made at the December 5, 2012 hearing before this Court (#74). As the Court explained in the hearing, production of the File is appropriate. Accordingly,

**IT IS HEREBY ORDERED** that the Las Vegas Metropolitan Police Department shall provide the Court with a complete copy of the file on the confidential informant in this case, and with the complete original file for purposes of verification. Upon review, the Court will file the copy under seal.

DATED this 11th day of December, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge