UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

DAVID JOHNSON,

          Defendant.

CASE NO. 2:12-cr-67-LRH-WGC

**WAIVER AND CONSENT ORDER**

Defendant, David Johnson, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED this 26th day of March, 2013.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE