

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID JOHNSON,<br><br>        Defendant. | 2:12-CR-067-LRH-(GWF) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT DAVID JOHNSON**

On May 31, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant DAVID JOHNSON to the United States of America. Criminal Information, ECF No. 97; Plea Agreement, ECF No. 100; Change of Plea Minutes, ECF No. 101; Preliminary Order of Forfeiture, ECF No. 106.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 106) is final as to defendant DAVID JOHNSON.

DATED this 6th day of June 2013.

_____
UNITED STATES DISTRICT JUDGE