**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|             Plaintiff, ) | |
|      v.                ) | 2:12-CR-067-LRH-(GWF) |
| DAVID JOHNSON,         ) | |
|             Defendant. ) | |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in the Colt Commander, .45 caliber firearm, serial number CLW028707 listed in the Preliminary Order of Forfeiture (ECF No. 106) and referenced in the Final Order of Forfeiture as to Defendant David Johnson (ECF No. 109).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Colt Commander, .45 caliber firearm, serial number CLW028707 listed in the Preliminary Order of Forfeiture (ECF No. 106) and referenced in the Final Order of Forfeiture as to Defendant (ECF No. 109) will not revert back to the defendant and/or any persons acting in concert with him and/or on his behalf.

IT IS SO ORDERED:

DATED this 21st day of May, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE