**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID JOHNSON,<br><br>    Defendant. | Case No. 2:12-cr-00067-LRH-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 4, 2020 at 11:00 a.m., is hereby VACATED, and shall be continued to a date and time to be determined.

DATED this 3rd day of August, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3