**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:12-cr-00067-LRH-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| DAVID JOHNSON, | |
| Defendant. | |

IT IS ORDERED that the Revocation Hearing currently scheduled for Monday, August 24, 2020, at 11:00 a.m., be vacated and continued to Monday, October 19, 2020, at the 11:00 a.m.

DATED this 21st day of August, 2020.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE