245D (Rev. 09/20) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
District of Nevada

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (for **Revocation** of Probation or Supervised Release) |
| | ) | Case Number: 2:12-cr-00067-LRH-EJY |
| DAVID JOHNSON | ) | USM Number: 46650-048 |
| | ) | Nisha Brooks-Whittington, AFPD |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of conditions set forth in Paragraphs 1, 2, 3, and 5 of the Petition filed 4/13/2022 of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Paragraph 1 | Report Within 72 Hours | 3/28/2022 |
| Paragraph 2 | Must Answer Truthfully | 3/28/2022 |
| Paragraph 3 | Do Not Unlawfully Use Controlled Substance | 3/28/2022 |
| Paragraph 5 | Substance Abuse Treatment | 4/11/2022 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X    The Government dismisses Paragraph 4 of the Petition filed 4/13/2022.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6768

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
In Custody

October 4, 2022
Date of Imposition of Judgment

/s/ Larry R. Hicks
Signature of Judge

LARRY R. HICKS, United States District Judge
Name and Title of Judge

10/6/22
Date

AO 245D (Rev. 09/20) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page  2  of  2

DEFENDANT: DAVID JOHNSON
CASE NUMBER: 2:12-cr-00067-LRH-EJY

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **Eight (8) months with no supervised release to follow**.

X   The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends placement of the defendant at FCI Mendota in California.**

X   The defendant is remanded to the custody of the United States Marshal.
☐   The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.
☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNTIED STATES MARSHAL